**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: DOTSON, JERRY A, JR. | § Case No. 08-03606 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  9 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 11/18/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 09/27/2011        By: /s/ Michael G. Berland
                                                   Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: DOTSON, JERRY A, JR. § | Case No. 08-03606 |
| § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,809.53 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 6,809.53 |
| **Balance on hand:** | $ 6,809.53 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,809.53 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 1,430.95 | 0.00 | 1,430.95 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,430.95 |
| Remaining balance: | $ 5,378.58 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 5,378.58 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $808.19 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17P | Illinois Department of Revenue, Bankrupttcy Section | 808.19 | 0.00 | 808.19 |

| | |
|---|---|
| Total to be paid for priority claims: | $ 808.19 |
| Remaining balance: | $ 4,570.39 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 242,976.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank/DFS Services LLC | 8,680.68 | 0.00 | 163.28 |
| 5 | Guaranty Bank | 1,482.71 | 0.00 | 27.89 |
| 7 | Rbs Citizens, N.A. | 8,862.72 | 0.00 | 166.71 |
| 9 | Real Time Resolutions, Inc. | 152,271.67 | 0.00 | 2,864.20 |
| 10 | Portfolio Recovery Associates LLC.c/oHSBC | 8,418.75 | 0.00 | 158.35 |
| 13 | Portfolio Recovery Associates, LLC. c/o Mbna | 34,798.22 | 0.00 | 654.55 |
| 15 | Roundup Funding, LLC, MS 550 | 15,602.60 | 0.00 | 293.48 |
| 16 | eCAST Settlement Corporation assignee of Chase Bank | 12,707.23 | 0.00 | 239.02 |
| 17U | Illinois Department of Revenue, Bankruptcy section | 151.80 | 0.00 | 2.86 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 4,570.34 |
| Remaining balance: | $ 0.05 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.05

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.05

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                                United States Bankruptcy Court
                                 Northern District of Illinois
In re:                                                                  Case No. 08-03606-BWB
Jerry A Dotson                                                          Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0752-1          User: cmendoza1              Page 1 of 2                  Date Rcvd: Sep 28, 2011
                              Form ID: pdf006              Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2011.
db           +Jerry A Dotson, Jr.,    3033 E. Hickory Lane,    Crete, IL 60417-3719
aty          +Angie S Lee,   Attorney Angie Lee LLC,    4747 W. Lincoln Mall Drive,    Suite 410,
               Matteson, Il 60443-3821
tr           +Michael G Berland,   1 N LaSalle St,    No.1775,   Chicago, IL 60602-4065
12051015     +Aurora Loan Services LLC,    c/o Codilis & Associates PC,    15W030 North Frontage Road,
               Suite 100,   Burr Ridge, IL 60527-6921
12038439     +Aurora Loan Services, LLC,    c/o Codilis & Associates, P.C.,    15W030 North Frontage Road,
               Suite 100,   Burr Ridge, IL 60527-6921
11957862      Bank of America,    4060 Ogletown Stan,    DES-019-03-07,   Newark, DE 19713
11957864     +Chase,   Chase CC Srvs/Attn: Bankruptcy Dept,    Po Box 100018,   Kennesaw, GA 30156-9204
11957865      Citi Mortgage Inc,    Po Box 79022,    Ms322,   St. Louis, MO 63179
12091701     +CitiGroup Inc,    PO Box 790130,    St Louis, MO 63179-0130
11957866     +City of Chicago Dept of Revenue,    PO Box 88292,   Chicago, IL 60680-1292
11957867      Countrywide Home Lending,    Attn: Litigation Intake, MS,    AC-11B, 5220 Las Virgenes Rd.,
               Calabasas, CA 91302
12041386     +EMC Mortgage Corporation,    909 N. Hidden Ridge,    Irving , TX 75038-3826
11957869     +Earnest J. Codilis, Jr.,    15W030 N. Frontage Rd.,    Burr Ridge, IL 60527-6921
11957870     +Emc Mortgage,   Po Box 293450,    Lewisville, TX 75029-3450
12039815    ++GUARANTY BANK,    4000 W BROWN DEER ROAD,    LOAN ADMINISTRATION,    BROWN DEER WI 53209-1221
             (address filed with court: Guaranty Bank,     4000 W Brown Deer Rd,   Brown Deer, WI 53209)
11957871    ++GUARANTY BANK,    4000 W BROWN DEER ROAD,    LOAN ADMINISTRATION,    BROWN DEER WI 53209-1221
             (address filed with court: Guaranty Savings Bk,     7901 W Brown Deer Rd,   Milwaukee, WI 53223)
11957873    ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court: HSBC Bank,    PO Box 98706,   Las Vegas, NV 89139-8706)
11957872     +Heavner Scott & Beyers,    111 E. Main St. #299,    Decatur, IL 62523-1204
12278030     +Henri Steinson,    10538 S. Wallace,    Chicago,IL 60628-2443
12469557    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,     Bankruptcy Section,
               100 W. Randolph Street, Suite 7-400,    Chicago, IL 60601)
11957874      Illinois Department of Revenue Bankruptcy Section,      P.O. Box 64338,   Chicago, IL 60664-0338
12100944     +IndyMac Bank,    1270 Northland Dr., Ste 200,    Mendota Heights, MN 55120-1176
11957875     +Indymac Bank,    Po Box 4045,   Kalamazoo, MI 49003-4045
11981192      LaSalle Bank N.A.,    ATTN: Bankruptcy Department,     P.O. Box 293150,   Lewisville, TX 75029-3150
12077686    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates LLC.,     c/o Hsbc,   POB 41067,
               NORFOLK VA 23541)
11957876     +Peoples Bk Credit Card Services,    c/o Correspondence Attn: Bankruptcy,     Po Box 7092,
               Bridgeport, CT 06601-7092
11957877     +Pierce & Associates,    1 N Dearborn #1300,    Chicago, IL 60602-4373
12107911     +Portfolio Recovery Associates, LLC c/o Mbna,     POB 41067,   NORFOLK VA 23541-1067
12052683    ++REAL TIME RESOLUTIONS INC,    PO BOX 36655,   DALLAS TX 75235-1655
             (address filed with court: Real Time Resolutions, Inc.,     1750 Regal Row Suite 120,
               PO Box 36655,   Dallas Texas 75235)
12046249     +Rbs Citizens, N.A.,    P O Box 7054,    Bridgeport, Ct 06601-7054
11957880     +Standard Bank,    9321 Wicker Ave.,    Saint John, IN 46373-9412
12147097     +Washington Mutual Bank,    Mail Stop: JAXA2035,    7255 Baymeadows Way,
               Jacksonville, FL 32256-6851
11957881     +Washington Mutual Mortgage,    Attn: Collections Corp,    Po Box 44118,
               Jacksonville, FL 32231-4118
11957882     +Wilshire Credit Corp,    Po Box 8517,   Portland, OH 97207-8517
12277029      eCAST Settlement Corporation assignee of,     Chase Bank USA NA,   POB 35480,
               Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11957861     +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Sep 29 2011 03:40:19     Aurora Loan Services,
               Attn: Bankruptcy,   Po Box 1706,   Scottsbluff, NE 69363-1706
11957863     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Sep 29 2011 03:40:13
               Capital One Auto Finance,   3905 N Dallas Pkwy,   Plano, TX 75093-7892
12039796     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 29 2011 05:05:26
               Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
               Arlington, TX 76006-1347
11985148      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 29 2011 04:35:07
               Discover Bank/DFS Services LLC,    PO Box 3025,   New Albany OH 43054-3025
11957868     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 29 2011 04:35:07     Discover Financial,
               Po Box 3025,   New Albany, OH 43054-3025
11957878     +E-mail/Text: APOPE@PFCCOLLECTS.COM Sep 29 2011 03:39:38     Professional Finance,
               5754 W 11th St Ste 100,   Greeley, CO 80634-4811
11957879     +E-mail/Text: resurgentbknotifications@resurgent.com Sep 29 2011 03:24:03
               Resurgent Capital Service/Sherman Acquis,    Po Box 10587,   Greenville, SC 29603-0587
12199589      E-mail/PDF: BNCEmails@blinellc.com Sep 29 2011 04:14:49     Roundup Funding, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 8
```


```
District/off: 0752-1           User: cmendoza1            Page 2 of 2                  Date Rcvd: Sep 28, 2011
                               Form ID: pdf006            Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2011**                               **Signature:**  _Joseph Speetjens_