UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
DOTSON, JERRY A, JR. §    Case No. 08-03606
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____, and it was converted to chapter 7 on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MICHAEL G. BERLAND_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | AURORA LOAN SERVICES LLC, CO CODILI |  |  |  |  |  |
| 3 | AURORA LOAN SERVICES, LLC,CO CODILI |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | CAPITAL ONE AUTO FINANCE, C/O ASCEN | | | | | |
| 11 | CITIGROUP INC | | | | | |
| 6 | EMC MORTGAGE CORPORATION | | | | | |
| 12 | INDYMAC BANK | | | | | |
| 1 | LASALLE BANK N.A., ATTENTION BANKRU | | | | | |
| 14 | WASHINGTON MUTUAL BANK, MAIL STOP J | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17P | ILLINOIS DEPARTMENT OF REVENUE, BAN | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Countrywide Home Lending Attn: Litigation Intake, MS AC-11B, 5220 Las Virgenes Rd. Calabasas, CA 91302 | | | | | |
| | HSBC Bank PO Box 98706 Las Vegas, NV 89139-8706 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Professional Finance 5754 W 11th St Ste 100 Greeley, CO 80634 | | | | | |
| | Standard Bank 9321 Wicker Ave. Saint John, IN 46373 | | | | | |
| 2 | DISCOVER BANK/DFS SERVICES LLC | | | | | |
| 16 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 5 | GUARANTY BANK | | | | | |
| 17U | ILLINOIS DEPARTMENT OF REVENUE, BAN | | | | | |
| 10 | PORTFOLIO RECOVERY ASSOCIATES LLC.C | | | | | |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC. | | | | | |
| 7 | RBS CITIZENS, N.A. | | | | | |
| 9 | REAL TIME RESOLUTIONS, INC. | | | | | |
| 15 | ROUNDUP FUNDING, LLC, MS 550 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-03606 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | DOTSON, JERRY A, JR. | | | Date Filed (f) or Converted (c): | 05/28/08 (c) |
| | | | | 341(a) Meeting Date: | 06/24/08 |
| For Period Ending: 03/14/12 | | | | Claims Bar Date: | 10/29/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Preferential transfer-unscheduled (u) | 0.00 | 6,800.00 | | 6,800.00 | FA |
| 2. 3033 Hickory Lane,Crete-scheduled | 332,500.00 | 0.00 | DA | 0.00 | FA |
| 3. 308 Royale, Steger-scheduled | 550,000.00 | 0.00 | DA | 0.00 | FA |
| 4. 15345 S. Dorchester, Dolton-scheduled | 135,000.00 | 0.00 | DA | 0.00 | FA |
| 5. 7036 N .Stewart, Chicago-scheduled | 162,000.00 | 0.00 | DA | 0.00 | FA |
| 6. 4034 Quail Run, Pearland, Tx-scheduled | 472,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Cash-scheduled | 40.00 | 0.00 | DA | 0.00 | FA |
| 8. Checking Chase-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 9. Household goods-scheduled | 600.00 | 0.00 | DA | 0.00 | FA |
| 10. Clothing-scheduled | 800.00 | 0.00 | DA | 0.00 | FA |
| 11. Life insurance-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. 1999 Ford Contour-scheduled | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 13. 2005 Chevrolet Corvette-scheduled | 35,698.00 | 0.00 | DA | 0.00 | FA |
| 14. Laptop-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 9.65 | FA |
| TOTALS (Excluding Unknown Values) | $1,691,038.00 | $6,800.00 | | $6,809.65 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee compromised a preference action. The Trustee field his Rinal Report and distirbution was made to creditors.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 08-03606    BL    Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | DOTSON, JERRY A, JR. | Date Filed (f) or Converted (c): | 05/28/08 (c) |
| | | 341(a) Meeting Date: | 06/24/08 |
| | | Claims Bar Date: | 10/29/08 |

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-03606 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | DOTSON, JERRY A, JR. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******1265  Money Market Account |
| Taxpayer ID No: | *******9258 | | | |
| For Period Ending: | 03/14/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312198811265 | Wire in from JPMorgan Chase Bank, N.A. account 312198811265 | 9999-000 | 6,807.00 | | 6,807.00 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.32 | | 6,807.32 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.41 | | 6,807.73 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.39 | | 6,808.12 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.40 | | 6,808.52 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.41 | | 6,808.93 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,808.98 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,809.03 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,809.08 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,809.13 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,809.18 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,809.23 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,809.28 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,809.33 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,809.38 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,809.43 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,809.48 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,809.53 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,784.53 |
| 09/02/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 6,809.53 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,809.58 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,809.63 |
| 11/14/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 6,809.65 |
| 11/14/11 | | To Acct #*******1266 | Transfer for final distribution | 9999-000 | | 6,809.65 | 0.00 |

Page Subtotals          6,809.65          6,809.65

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 08-03606 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | DOTSON, JERRY A, JR. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******1265  Money Market Account |
| Taxpayer ID No: | *******9258 | | | |
| For Period Ending: | 03/14/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,809.65 | 6,809.65 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 6,807.00 | 6,809.65 | |
| | | | Subtotal | | 2.65 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 2.65 | 0.00 | |

Page Subtotals            0.00            0.00

Ver: 16.05d

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-03606 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | DOTSON, JERRY A, JR. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******1266 Checking Account |
| Taxpayer ID No: | *******9258 | | | |
| For Period Ending: | 03/14/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/14/11 | | From Acct #*******1265 | Transfer for final distribution | 9999-000 | 6,809.65 | | 6,809.65 |
| 11/23/11 | 010101 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Dividend paid 100.00% on $1,430.95, Trustee Compensation; Reference: | 2100-000 | | 1,430.95 | 5,378.70 |
| 11/23/11 | 010102 | Illinois Department of Revenue, Bankrupttcy Section<br>100 W. Randolph Street, Suite 7-400<br>Chicago, IL 60601 | Dividend paid 100.00% on $808.19;<br>Claim# 17P; Filed: $808.19; Reference: | 5800-000 | | 808.19 | 4,570.51 |
| 11/23/11 | 010103 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Dividend paid 1.88% on $8,680.68; Claim# 2; Filed: $8,680.68; Reference: | 7100-000 | | 163.29 | 4,407.22 |
| 11/23/11 | 010104 | Guaranty Bank<br>4000 W Brown Deer Rd<br>Brown Deer, WI 53209 | Dividend paid 1.88% on $1,482.71; Claim# 5; Filed: $1,482.71; Reference: | 7100-000 | | 27.89 | 4,379.33 |
| 11/23/11 | 010105 | Rbs Citizens, N.A.<br>P O Box 7054<br>Bridgeport, CT 06601 | Dividend paid 1.88% on $8,862.72; Claim# 7; Filed: $8,862.72; Reference: | 7100-000 | | 166.71 | 4,212.62 |
| 11/23/11 | 010106 | Real Time Resolutions, Inc.<br>1750 Regal Row Suite 120<br>PO Box 36655<br>Dallas, TX 75235 | Dividend paid 1.88% on $152,271.67; Claim# 9; Filed: $152,271.67; Reference: | 7100-000 | | 2,864.31 | 1,348.31 |
| 11/23/11 | 010107 | Portfolio Recovery Associates LLC.c/oHSBC<br>POB 41067<br>NORFOLK, VA 23541 | Dividend paid 1.88% on $8,418.75; Claim# 10; Filed: $8,418.75; Reference: | 7100-000 | | 158.36 | 1,189.95 |
| 11/23/11 | 010108 | Portfolio Recovery Associates, LLC. c/o Mbna<br>POB 41067<br>NORFOLK, VA 23541 | Dividend paid 1.88% on $34,798.22; Claim# 13; Filed: $34,798.22; Reference: | 7100-000 | | 654.57 | 535.38 |
| 11/23/11 | 010109 | Roundup Funding, LLC, MS 550<br>MS 550 | Dividend paid 1.88% on $15,602.60; Claim# 15; Filed: $15,602.60; Reference: | 7100-000 | | 293.49 | 241.89 |

Page Subtotals       6,809.65       6,567.76

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 08-03606 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | DOTSON, JERRY A, JR. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******1266  Checking Account |
| Taxpayer ID No: | *******9258 | | | |
| For Period Ending: | 03/14/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/23/11 | 010110 | PO Box 91121<br>Seattle, WA  98111-9221<br>eCAST Settlement Corporation assignee of Chase Bank<br>POB 35480<br>Newark, NJ  07193-5480 | Dividend paid   1.88% on $12,707.23; Claim# 16; Filed: $12,707.23; Reference: | 7100-000 | | 239.03 | 2.86 |
| 11/23/11 | 010111 | Illinois Department of Revenue, Bankruptcy section<br>100 W. Randolph Street, Suite 7-400<br>Chicago, IL  60601 | Dividend paid   1.88% on $151.80; Claim# 17U; Filed: $151.80; Reference: | 7100-000 | | 2.86 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | | 6,809.65 | 6,809.65 | 0.00 |
| Less:  Bank Transfers/CD's | | 6,809.65 | 0.00 | |
| Subtotal | | 0.00 | 6,809.65 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 6,809.65 | |

Page Subtotals       0.00       241.89

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-03606 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | DOTSON, JERRY A, JR. | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******1265 Money Market Account |
| Taxpayer ID No: | *******9258 | | | |
| For Period Ending: | 03/14/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/20/08 | 1 | Jerry Dotson | Payment of settlement of preference per court order | 1241-000 | 6,800.00 | | 6,800.00 |
| | | | DEPOSIT CHECK #9437801058 | | | | |
| 08/29/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.22 | | 6,800.22 |
| 09/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.89 | | 6,801.11 |
| 10/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.74 | | 6,801.85 |
| 11/28/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.53 | | 6,802.38 |
| 12/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 6,802.86 |
| 01/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,803.13 |
| 02/27/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,803.38 |
| 03/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 6,803.67 |
| 04/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,803.94 |
| 05/29/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,804.20 |
| 06/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 6,804.49 |
| 07/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 6,804.77 |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 6,805.05 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,805.32 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,805.59 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 6,805.87 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 6,806.15 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,806.41 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,806.66 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 6,806.96 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.04 | | 6,807.00 |
| | | | JPMORGAN CHASE BANK, N.A. | | | | |
| 04/06/10 | | Wire out to BNYM account 000198811265 | Wire out to BNYM account 000198811265 | 9999-000 | | 6,807.00 | 0.00 |

Page Subtotals 6,807.00 6,807.00

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-03606 -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | DOTSON, JERRY A, JR. | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | Account Number / CD #: | *******1265  Money Market Account |
| Taxpayer ID No: | *******9258 | | |
| For Period Ending: | 03/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | COLUMN TOTALS | | 6,807.00 | 6,807.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 6,807.00 | 6,807.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,807.00 | 6,807.00 | |

Page Subtotals         0.00         0.00

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7
Exhibit 9

| Case No: | 08-03606 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | DOTSON, JERRY A, JR. | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | Account Number / CD #: | *******1266  Checking Account |
| Taxpayer ID No: | *******9258 | | |
| For Period Ending: | 03/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | Account / CD Balance ($) |
| | | | | | Deposits ($) | Disbursements ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals     0.00     0.00

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 8

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-03606 -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | DOTSON, JERRY A, JR. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4992  Checking Account |
| Taxpayer ID No: | *******9258 | | |
| For Period Ending: | 03/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********1265 | 2.65 | 0.00 | 0.00 |
| Checking Account - ********1266 | 0.00 | 6,809.65 | 0.00 |
| Money Market Account - ********1265 | 6,807.00 | 6,807.00 | 0.00 |
| Checking Account - ********1266 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********4992 | 0.00 | 0.00 | 0.00 |
| | 6,809.65 | 13,616.65 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals　　0.00　　0.00

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*